UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC ORION WELLS, ) | |
| ) | CASE NO. C14-0186-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative law judge (ALJ) shall: (1) hold a new hearing and issue a new decision, addressing Dr. Julia Lesselyong's diagnosis of "Dementia due to Head injury" at step two and addressing whether this impairment meets or

REPORT AND RECOMMENDATION
PAGE -1

equals Listing 12.02; (2) if necessary, obtain a medical expert's testimony to clarify the nature and severity of plaintiff's diagnosis; and (3) evaluate drug addiction and alcoholism in a manner consistent with Social Security Ruling 13-2p.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this <u>6th</u> day of August, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge